## Ferris Smith, Appellee, v. Geraldine S. Roberts, Appellant.

Gen. No. 40,975.

Heard in second division, first district, at October term, 1939; opinion filed December 27, 1939; rehearing denied January 16, 1940. Jarecki & Brautigam, for appellant; William F. Boeger, Frederick B. Roos, David H. Kraft and Harry J. Myerson, for appellee; Harry J. Myerson and David H. Kraft, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."